UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JEFFREY RICHSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>K. CLARK, Warden,<br><br>　　　　Respondent. | Case No.: 1:20-cv-01502-DAD-JLT (HC)<br><br>ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS |

On June 10, 2021, the Court issued findings and recommendations to grant Respondent's motion to dismiss. (Doc. 22.) On June 11, 2021, Petitioner filed a motion to withdraw his habeas petition. (Doc. 23.) Accordingly, the findings and recommendations (Doc. 22) are WITHDRAWN.

IT IS SO ORDERED.

Dated: **June 16, 2021**　　　　　　　　 **_/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE